

FILED

11/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

NOV 1 0 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
FRANCIS TORRENCE

O R D E R

Francis Torrence has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Torrence initially passed the MPRE in 1991 when seeking admission to the practice of law in the State of California, and in 2016 when seeking his license to practice law in Oregon. He has also been admitted to practice in Washington. Torrence has "[p]racticed law as a commercial trial lawyer for 28 years, without any ethical or disciplinary issues in any jurisdiction where he is licensed, or where he has been admitted *pro hac vice*." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Francis Torrence to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 10ᵗʰ day of November, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices